UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2005-LDP1<br><br>    Plaintiff,<br><br>    v.<br><br>COBALT REALTY, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 10-5093 (MLC)<br><br>**O R D E R** |

For the reasons stated in the Court's Opinion, dated April 16, 2013, **IT IS** on this   16th   day of April, 2013, **ORDERED** that the Report and Recommendation of the Magistrate Judge, dated March 22, 2013, recommending that the settlement agreement between Plaintiff and Defendants be enforced (dkt. entry no. 90) is hereby **INCORPORATED** as part of the Court's findings of fact and conclusions of law; and

    **IT IS FURTHER ORDERED** that the motion to enforce the settlement agreement (dkt. entry no. 75) is **GRANTED.**

                                                s/ Mary L. Cooper
                                                **MARY L. COOPER**
                                                United States District Judge